UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Violation Notice/USDC Case Number: 2:16-mj -00038-EFB |
|---|---|
| v. | **JUDGMENT IN CRIMINAL CASE** |
| KENNETH P THOMPSON | **(Violation Notice)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| **CVC22350** | **BASIC SPEED LAW 66/45** |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☐ **PROBATION** for a term of _____ months, expiring on _____. Your conditions of probation are as follows:

1. Your probation shall be unsupervised:
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall pay a fine in the amount $_____, a special assessment of $ .00, restitution in the amount of $_____, and a $ $25.00 processing fee for a total financial obligation of $ 25.00, which shall be paid immediately or in monthly payments of $ 25.00, per month commencing on _____ and each month thereafter by the _____ of the month until paid in full. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ You shall perform _____ hours of community service by _____.

☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _____ months. beginning immediately or _____ by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814, unless a different reporting time has been reported for prior to that date.

☐ Other: _____

☑ **PAY** a fine in the amount of $ **100.00**, a special assessment of $ **5.00** and a $ **0.00** processing fee for a total financial obligation of $ **105.00** due immediately or no later than _____.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _____ at _____ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**: _____

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| ☐ | **CENTRAL VIOLATIONS BUREAU** P.O. Box 71363 Philadelphia, PA 19176-1363 1-800-827-2982 -or- **Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line"** | ☑ | **CLERK, UNITED STATES DISTRICT COURT** Eastern District of California- Sacramento Division 501 I Street, #4-200 Sacramento, CA 95814 |
|---|---|---|---|

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED:03/22/16

/s/ *Edmund F. Brennan*

**Edmund F. Brennan**
United States Magistrate Judge

CRD Initials: NC
*CAED (Fresno)- Misd. 3B (2/2016)*